IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CIVIL ACTION NO. 9:00-CR-48(1) |
| TOMMY WAYNE LEE | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Defendant Tommy Wayne Lee, proceeding *pro se*, filed a "Motion to Eliminate Enhancements and Reduce Sentence." The court referred the motion to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends denying the motion.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

### O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. Defendant's motion to eliminate enhancements and reduce sentence is **DENIED**.

So **ORDERED** and **SIGNED** this 3  day of **June, 2006.**

_____
Ron Clark, United States District Judge